MARY V. AYERS, as Administratrix, etc., Respondent, *v.* THE CITY OF BROOKLYN, Impleaded, etc., Appellant.

(Argued January 25, 1882 ; decided January 31, 1882.)

*David M. De Witt* for appellant.

*Joseph R. Shoudy* for respondent.

Agree to affirm ; no opinion.
All concur, except RAPALLO, J., absent
Judgment affirmed.